# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2014

148431 & (19)

DANIEL PLOUFFE,
      Plaintiff-Appellee,

v

GENERAL MOTORS, LLC,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148431
COA: 316672
Wayne CC: 11-007645-CL

      On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED.  The dismissal is with prejudice and without costs or fees to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2014

